[No. 34005-8-III.   Division Three.   June 8, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO ADAM LEDEZMA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 15-8-00731-0, Ruth E. Reukauf, J., entered January 14, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[No. 34031-7-III.   Division Three.   June 8, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA W. BRINK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-04025-4, Annette S. Plese, J., entered December 18, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 34359-6-III.   Division Three.   June 8, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DALE HUNTOON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-03131-0, Annette S. Plese, J., entered March 18, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 34501-7-III.   Division Three.   June 8, 2017.]

KELLY S. DEAN ET AL., *Respondents*, v. TIMOTHY MILLER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 15-2-00552-3, Ted W. Small, J., entered May 12, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.